**Number   648166**

# Certificate of Incorporation
# on change of name

I hereby certify that

**PROMONTORIA MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY**

having, by a Special Resolution of the Company,
and with the approval of the Registrar of Companies,
changed its name, is now incorporated as a
Designated Activity Company (limited by shares)
under the name

**NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY**

and I have entered such name on the Register accordingly.

Given under my hand at Dublin, this

**Thursday, the 9th day of January, 2020**

for Registrar of Companies.

**EXHIBIT 6**